UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF

DMITRIC IAN BURNES
LOUISIANA BAR ROLL NO. 22283

By majority vote of the Judges of the Court,

IT IS ORDERED that the petition for reinstatement filed by Dmietric Ian Burnes, Louisiana Bar Roll No. 22283, is hereby GRANTED. Mr. Burnes is reinstated to practice before the United States District Court for the Eastern District of Louisiana upon the submission of any required registration fees and a current registration statement.

New Orleans, Louisiana, ~~this~~ 10 day of January, 2020.

_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED DEC 31 2019

WILLIAM W. BLEVINS
CLERK

IN RE: DMITRC IAN BURNES

## MOTION FOR REINSTATEMENT

TO THE HONORABLE, THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

The motion of DMITRC IAN BURNES with respect represents that:

I.

Mover resides at 208 Pocahontus Court, in the City of Pineville, Parish of Rapides, State of Louisiana.

II.

Mover's office address is 711 Washington Street, in the City of Alexandria, Parish of Rapides, State of Louisiana.

III.

Mover was admitted to practice before the Supreme Court and all of the inferior courts of Louisiana on October 8, 1993. Other courts before which Mover has been admitted to practice, together with the dates of admission are:

U.S. Supreme Court on November 3, 1997;

U.S. Court for the Eastern District on October 29, 1993;

U.S. Court for the Middle District on October 29, 1993;

U.S. Court for the Western District on October 29, 1993; and

U.S. Fifth Circuit Court of Appeal on October 25, 1993.

IV.

Mover was previously admitted to practice before the U.S. Court for the Eastern District of Louisiana, but it lapsed sometime around 2011. Mover's practice has been mainly in the Central Louisiana area and has not included any cases in the Eastern District of Louisiana Court for many years.

V.

Mover is qualified to practice before this Court, is of good moral character, and is not subject to any pending disbarment or professional discipline procedure in any other court.

VI.

Mover annexes hereto a certificate of good standing by the Louisiana State Bar Association which was signed on December 27, 2019.

WHEREFORE, the Mover prays that he may be duly reinstated to practice before the Honorable Court.

Dmitrc Ian Burnes

208 Pocahontus Court

Pineville, Louisiana 71301

Cell: (318) 613-8338

Work: (318) 442-4300

22283
Louisiana Bar Number

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ORDER

Considering the request of Mover for reinstatement to the bar of this Court,

IT IS ORDERED that the Motion be GRANTED and that Mover be reinstated to practice before this Court.

New Orleans, LA, this _____ day of _____, 20___.


_____
United States District Judge/Magistrate Judge

# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that

Mr. Dmitrc Ian Burnes

whose address is 711 Washington St

Alexandria, LA 71301-8030

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the 8th day of October, 1993.

Given over my hand and the Seal of the Louisiana State Bar Association, this 27th day of December, 2019.

*Executive Director*
*Louisiana State Bar Association*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## ATTORNEY REGISTRATION STATEMENT

Pursuant to Local Rule 83.2.2 of the United States District Court for the Eastern District of Louisiana

TITLE    Mr. ...X...   Mrs. ...........   Miss ........   Ms. ..........    LA Bar No. 22283

NAME: Burnes (Last)   Dmitrc (First)   Ian (Middle)

FIRM NAME: Dmitrc I. Burnes Law Office

OFFICE ADDRESS: 711 Washington Street, Alexandria, LA 71301

RESIDENCE ADDRESS: 208 Pocahontus Court, Pineville, LA 71360

BUSINESS TELEPHONE NUMBER: (318) 442-4300

FAX NUMBER: (318) 442-8600

List below the Bars of all states, territories, districts, commonwealths or possessions or other courts of the United States to which you are admitted to and the dates of such admissions:

| Bars | Dates |
|---|---|
| U.S. Supreme Court | November 3, 1997 |
| U.S. Fifth Circuit Court of Appeal | October 25, 1993 |
| U.S. Court for Eastern, Middle, and Western District | October 29, 1993 |
| The Supreme Court and All of The Interior Courts of LA | October 8, 1993 |

Date: 12/30/2019

Signature: [signed]

NOTE: A Supplemental statement of any changes in the foregoing information shall be filed within 35 days of such change.

Rev 4/11

4

United States District Court
Eastern District of Louisiana
ELECTRONIC CASE FILING SYSTEM
Consent to Electronic Filing

# E-File Privileges
must be requested through PACER:
www.pacer.gov

This form shall be used to consent to electronic filing in the Eastern District of Louisiana's Electronic Case Filing System (ECF). Registered attorneys will have privileges to submit documents electronically and to view and retrieve electronic docket sheets and documents accessible to the public for cases in the ECF System. If you are seeking admission to the bar of this Court, attach this form to your petition for admission to practice. If you are already admitted to practice, this form should be emailed to ECF_Registration@laed.uscourts.gov. The following information is required for electronic filing.

Please Type

First/Middle/Last Name: Dmitrc Ian Burnes

Attorney Bar # and State: 22283 Louisiana

Firm Name: Dmitrc I. Burnes Law Office

Firm Address: 711 Washington Street
Alexandria, LA 71301

Telephone Number: (318) 442-4300

E-Mail Address: dmitrcburnes@gmail.com
(Attorney's email for electronic service)

Additional E-Mail Address: dibsecretary@gmail.com
(Secretary, central repository, etc.)

Is this regarding a Petition for Admission to practice in the Eastern District of Louisiana?
This is for a Motion for Reinstatement
Yes ____ No ____ Date of Filing of Petition for Admission December 31, 2019

Is this regarding Pro Hac Vice Admission? Yes ____ No ____ Case number _____

Is this regarding a MDL case? Yes ____ No ____ MDL case number or name _____

Are you a federal government attorney? Yes ____ No ____ Office where employed:
_____

- Electronic case filing by attorneys is mandatory in the USDC for the Eastern District of Louisiana for all attorneys and attorneys must file all documents using the CM/ECF System, unless the attorney has filed a motion for an exemption, and the Chief Judge has granted an exemption for good cause shown. See EDLA Local Rule 5.1, EDLA Administrative Procedures for Electronic Case Filings and Unique Procedures for Electronic Case Filings, Rules 1 and 2.

- Attorneys seeking to file documents electronically must be admitted to practice in the United States District Court, Eastern District of Louisiana, pursuant to Civil Local Rule 83.2.2 or be admitted for a particular case (pro hac vice) pursuant to Civil Local Rule 83.2.5. If allowed in the MDL case management order, attorneys may register for electronic case filing in MDL cases without being admitted to practice in this Court or admitted pro hac vice.

- By signing this consent to electronic filing, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the Electronic Filing System. The undersigned also consents to receive notice of filings pursuant to Fed.R.Civ.P. 5(b) and 77(d) via the Court's Electronic Filing System and consents to receive service from other Filing Users by the Notice of Electronic Filing generated by the Court's Electronic Filing System. The combination of user id and password will serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised.

- The undersigned agrees to keep informed of the current electronic filing procedures and any updated procedures posted on the court's website at http://www.laed.uscourts.gov/case-information/procedures-and-practices-e-filing.

- The undersigned certifies that he/she has an individual PACER account for filing and viewing documents in the system, appropriate computer hardware, internet access, and software, necessary for ECF filing, including hardware/software that will convert documents created into Portable Document Format (PDF) as required by the Court.

- The undersigned acknowledges that it is his/her responsibility to understand how to file electronically via the CM/ECF system. If necessary, the undersigned will obtain CM/ECF training via the court's online tutorial at http://www.laed.uscourts.gov/cmecf/ecf.htm.

- The undersigned agrees and acknowledges that pursuant to Local Rule 83.2.7, everyone who appears in court in proper person and every attorney permitted to practice in this court must be familiar with the Local Rules. Willful failure to comply with the rules, or a false certificate of compliance is cause for disciplinary action.

12/30/2019
Date

_____
Attorney Signature

[Rev.11/2019]