UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF

TEDDY P. SORRELLS
LOUISIANA BAR ROLL NO. 24884

By majority vote of the Judges of the Court,

IT IS ORDERED that the petition for reinstatement filed by Teddy P. Sorrells, Louisiana Bar Roll No. 24884, is hereby GRANTED. Mr. Sorrells is reinstated to practice before the United States District Court for the Eastern District of Louisiana upon the submission of any required registration fees and a current registration statement.

New Orleans, Louisiana, this 10 day of January, 2020.

_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: TEDDY P. SORRELLS

## MOTION TO REINSTATE

NOW INTO COURT, comes TEDDY P. SORRELLS who moves this Honorable Court to reinstate him to practice law in the United States District Court for the Eastern District of Louisiana on the following grounds:

Teddy P. Sorrells was licensed to practice law in Louisiana on April 18, 1997. He was a solo practioner in 2005 and his clients did not require him to practice law in Louisiana Federal Courts. Since that time, Teddy P. Sorrells has joined the law firm of Jeansonne & Remondet, whose clients require him to be able to practice law in the Louisiana federal courts, including the Eastern District of Louisiana. Teddy P. Sorrells is in good standing and is presently authorized to practice law in the Middle District of Louisiana and the Western District of Louisiana. He is also in Good Standing with the Louisiana Supreme Court.[1]

WHEREFORE, TEDDY P. SORRELLS requests this Honorable Court to grant him the authority to practice law in the United States District Court for the Eastern District of Louisiana.

Respectfully submitted:

JEANSONNE & REMONDET

TEDDY P. SORRELLS #24884
200 W. Congress St., Suite 1100
Post Office Box 91530
Lafayette, LA 70509-1530
Email: TedS@JeanRem.com
Telephone: (337) 237-4370
Fax: (337) 235-2011

TENDERED FOR FILING
DEC 30 2019
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

---

[1] See attached Louisiana Supreme Court Certificate of Good Standing.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE: TEDDY P. SORRELLS

---

## ORDER

CONSIDERING THE FOREGOING MOTION TO REINSTATE:

IT IS HEREBY ORDERED that the TEDDY P. SORRELLS is granted authority to practice law in the United States District Court for the Eastern District of Louisiana.

Signed in New Orleans, Louisiana this _____ day of _____ 2019.

_____
UNITED STATES DISTRICT JUDGE

United States of America

State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

**TEDDY PAUL SORRELLS ESQ., #24884**

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 18th Day of April, 1997 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 18th Day of December, 2019, A.D.

Clerk of Court
Supreme Court of Louisiana

United States District Court
Eastern District of Louisiana
ELECTRONIC CASE FILING SYSTEM
<u>Consent to Electronic Filing</u>

# <u>E-Filing Privileges</u>
must be requested through PACER:
www.pacer.gov

This form shall be used to consent to electronic filing in the Eastern District of Louisiana's Electronic Case Filing System (ECF). Registered attorneys will have privileges to submit documents electronically and to view and retrieve electronic docket sheets and documents accessible to the public for cases in the ECF System. If you are seeking admission to the bar of this Court, attach this form to your petition for admission to practice. If you are already admitted to practice, this form should be emailed to ECF_Registration@laed.uscourts.gov. The following information is required for electronic filing.

**Please Type**

First/Middle/Last Name: Teddy Paul Sorrells
Attorney Bar # and State: #24884, Louisiana
Firm Name: Jeansonne and Remondet
Firm Address: 200 W. Congress St., Suite 1100
Lafayette, LA 70501
Telephone Number: (337) 237-4370
E-Mail Address: teds@jeanrem.com
(Attorney's email for electronic service)

Additional E-Mail Address: _____
(Secretary, central repository, etc.)

Is this regarding a Petition for Admission to practice in the Eastern District of Louisiana?

Yes ____ No ____ Date of Filing of Petition for Admission _____

Is this regarding Pro Hac Vice Admission? Yes ____ No ____ Case number _____

Is this regarding a MDL case? Yes ____ No ____ MDL case number or name _____

Are you a federal government attorney? Yes ____ No ____ Office where employed:
_____

1

- Electronic case filing by attorneys is mandatory in the USDC for the Eastern District of Louisiana for all attorneys and attorneys must file all documents using the CM/ECF System, unless the attorney has filed a motion for an exemption, and the Chief Judge has granted an exemption for good cause shown. See EDLA Local Rule 5.1, EDLA Administrative Procedures for Electronic Case Filings and Unique Procedures for Electronic Case Filings, Rules 1 and 2.

- Attorneys seeking to file documents electronically must be admitted to practice in the United States District Court, Eastern District of Louisiana, pursuant to Civil Local Rule 83.2.2 or be admitted for a particular case (pro hac vice) pursuant to Civil Local Rule 83.2.5. If allowed in the MDL case management order, attorneys may register for electronic case filing in MDL cases without being admitted to practice in this Court or admitted pro hac vice.

- By signing this consent to electronic filing, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the Electronic Filing System. The undersigned also consents to receive notice of filings pursuant to Fed.R.Civ.P. 5(b) and 77(d) via the Court's Electronic Filing System and consents to receive service from other Filing Users by the Notice of Electronic Filing generated by the Court's Electronic Filing System. The combination of user id and password will serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised.

- The undersigned agrees to keep informed of the current electronic filing procedures and any updated procedures posted on the court's website at http://www.laed.uscourts.gov/case-information/procedures-and-practices-e-filing.

- The undersigned certifies that he/she has an individual PACER account for filing and viewing documents in the electronic filing system, appropriate computer hardware, internet access, and software necessary for ECF filing, including hardware/software that will convert documents created into Portable Document Format (PDF) as required by the Court.

- The undersigned acknowledges that it is his/her responsibility to understand how to file electronically via the CM/ECF system. If necessary, the undersigned will obtain CM/ECF training via the court's online tutorial at http://www.laed.uscourts.gov/cmecf/ecf.htm.

- The undersigned agrees and acknowledges that pursuant to Local Rule 83.2.7, everyone who appears in court in proper person and every attorney permitted to practice in this court must be familiar with the Local Rules. Willful failure to comply with the rules or a false certificate of compliance is cause for disciplinary action.

12/23/19
Date

_____
Attorney Signature

[Rev.11/2019]

2

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

### *TEDDY PAUL SORRELLS ESQ., #24884*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 18th Day of April, 1997 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 18th Day of December, 2019, A.D.

Clerk of Court
Supreme Court of Louisiana

# JEANSONNE & REMONDET

A LIMITED LIABILITY COMPANY

## ATTORNEYS AT LAW

CARL L. EKENDAHL
(1963-2005)

TED P. SORRELLS
Licensed in Louisiana
TedS@jeanrem.com

200 WEST CONGRESS STREET, SUITE 1100
POST OFFICE BOX 91530
LAFAYETTE, LOUISIANA 70509-1530
PHONE (337) 237-4370
FAX (337) 235-2011
www.jeanrem.com

ONE CANAL PLACE
365 CANAL STREET, SUITE 1660
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 524-7333
FAX (504) 524-3339

December 26, 2019

Eastern District of Louisiana - US District Court
500 Poydras St., #C151
New Orleans, LA 70130

    Re: Teddy Paul Sorrells/ Certificate of Good Standing

Dear Clerk:

    Enclosed please find an original and one copy of a Motion to Reinstate and Order, Certificate of Good Standing, and E- Filing form. Please return an executed copy of the Order to me in the enclosed envelope.

    With kindest regards and best wishes, I remain

                                          Sincerely,

                                          TED P. SORRELLS

TPS/lgr
Enclosures
1/2/20