

Jennifer Englander
Director, Associate General Counsel
Global Employment, Benefits and
Labor Law

T 704 988-1513
F 704 988-1615
jennifer.englander@tiaa.org

January 9, 2020

**Via Email: ecf_registration@laed.uscourts.gov**
Carol L. Michel, Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

RE: Request for Inactive Status

Dear Ms. Michel,

Pursuant to L.R. 83.2.2(F), I am writing to notify you that I am no longer engaged in the practice of law before the United States District Court for the Eastern District of Louisiana and to request that you place me on inactive status. Please contact me if you require any additional information to fulfill this request.

Sincerely,

*[signature]*

Jennifer Englander

8500 Andrew Carnegie Boulevard, Charlotte, NC 28262  tiaa.org

Processed
1/13/2020 SK

## LAEDdb_ECF_Registration

**From:** Englander, Jenny <Jennifer.Englander@tiaa.org>
**Sent:** Thursday, January 9, 2020 9:06 AM
**To:** LAEDdb_ECF_Registration
**Subject:** EDLA Inactive Status Request.pdf
**Attachments:** EDLA Inactive Status Request.pdf

Please see attached.

Thank you,

# Jennifer Englander
Director, Associate General Counsel | Global Employment, Benefits, & Labor Law
**TIAA**

8500 Andrew Carnegie Blvd.
Mail Stop C2-04-13
Charlotte, NC 28262
O: 704 988-1513
jennifer.englander@tiaa.org
www.tiaa.org

**TIAA**

***********************************************************************
This e-mail may contain confidential or privileged information.
If you are not the intended recipient, please notify the sender immediately and then delete it.

TIAA
***********************************************************************

1