# Robert McComiskey
## Attorney at Law
### Suite 100, 3228 6th Street
### Metairie, Louisiana 70002

Phone 504-837-3428 Fax 504-837-3526 robertmccomiskey@yahoo.com

January 10, 2020

Clerk of Court
United States District Court
Eastern Division of Louisiana
Room C151
500 Poydras Street
New Orleans, Louisiana 70130

RE: Request for Change of Status

Dear Sir:

Kindly change my status in the Eastern District from "Active" to "Inactive." Please cal should you require further information. Thanking you, I am

Yours very truly,

Robert McComiskey
RMcC:lt