January 27, 2020

Carl L. Aspelund

4729 Sturtz Dr.

Metairie, La. 70001

carl_aspelund44@yahoo.com

Home # 504-456-1420

Cell Phone 504-430-6439

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2020 JAN 29   A 11: 32

CAROL L. MICHEL
CLERK

Re: Bar Association # 02585

USDC ED La

Attorney Admissions

500 Poydras St

New Orleans, La 70130

Dear Sir:

    Please place me on an inactive status. I am 72 years old. I am not engaged in the practice of law at this time. I am on inactive status with the Louisiana Bar Association, and I would like to have the same status with the Eastern District of Louisiana.

Very truly yours,

*[signature]*

Carl L. Aspelund