February 20, 2020

Clerk's Office, U.S. District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, Louisiana 70130

Attention: Ellen S.

    Re:    Michael D. Bewers
            Louisiana State Bar Association Bar Roll No. 03027
            LAED Attorney Registration
            USDC (EDLA) Inactive Status Request

Dear Madam Clerk:

    Since I work full time for the Judiciary Commission of Louisiana and do not have the CM/ECF Next GEN and Pacer accounts necessary to pay dues, I would like to be placed on Inactive Status. I have not filed any pleading in the USDC (EDLA) in many years. However, I do not want to be suspended for failure to pay my dues.

    Thank you for your help in this regard.

                                  Very truly yours,

                                  Michael D. Bewers
                                  Bar No. 03027