February 26, 2020

Attn: Clerk of Court
United States District Court
Eastern District of Louisiana

Bar Number: 12408

I will be retiring from the practice of law on March 1, 2020. Accordingly, I request that you place me on inactive status.

Thank you for your assistance.

Sincerely,

*[signature]*

C/Gordon Starling, Jr.

504-452-8481

CAROL L. MICHEL
CLERK

2020 FEB 28  A 11: 31

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.