| | |
|---|---|
| **From:** | LAEDdb_ECF_Registration |
| **To:** | LAEDdb_ECF_Registration |
| **Subject:** | FW: LAED Attorney Registration - Reminder Notice for Stephen Andrew Fritch(Bar Number 5750) |
| **Date:** | Friday, February 28, 2020 4:08:04 PM |

**From:** Stephen Fritch <fritchlaw@bellsouth.net>
**Sent:** Wednesday, February 19, 2020 11:49 AM
**To:** LAEDdb_ECF_Registration <ECF_Registration@laed.uscourts.gov>
**Subject:** Re: LAED Attorney Registration - Reminder Notice for Stephen Andrew Fritch(Bar Number 5750)

Dear sir or madam.  I am over 70, retired for over 5 years, with no office, and no staff  not in active practice.  I had a stroke on the left side  of my brain in late 2019.  So medical condition will not allow me to safely practice state or federal.  What is now require under these circumstances.  Thank you.  Stephen a. Fritch bar no LA 3350.

On Feb 19, 2020, at 7:58 AM, ECF_Registration@laed.uscourts.gov wrote:

# 83.2.2